IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN'S MEDICAL CENTER CORPORATION and CR REV HOLDINGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CELGENE CORPORATION,<br><br>Defendant. | C.A. No. 13-CV-11573-MLW-JGD |

**JOINT STATEMENT PURSUANT TO THE COURT'S APRIL 6, 2015 ORDER**

Pursuant to the April 6, 2015 Scheduling Order (Dkt. 70), the parties in the above-captioned lawsuit respectfully submit the following Joint Statement.

I. **STATUS OF THE CASE AND SCHEDULING FOR THE REMAINDER OF THE CASE THROUGH TRIAL**

Expert discovery is ongoing, and is scheduled to be completed by August 3, 2015. Dispositive motions must be filed by July 17, 2015.

A. **Plaintiffs' Position**

In its Scheduling Order (Dkt. 70), the Court requested the parties indicate whether the parties believed the schedule for the filing of dispositive motions was appropriate in light of the Supreme Court's review of *Kimble v. Marvel Enters.*, or whether they wished to schedule another status conference before the filing of dispositive motions. (Dkt. 70 at 1). Although the Supreme Court has not yet issued its opinion in *Kimble v. Marvel Enters.*, a decision is anticipated within the month. Plaintiffs respectfully request that the Court set a status conference to discuss the remaining case schedule, including the schedule for filing Daubert motions and/or

motions to strike, other pretrial motions, and to discuss a trial date. Plaintiffs believe a status conference to discuss these scheduling issues is also warranted, given the state of expert discovery.

On May 29, 2015, Celgene served three expert reports spanning a range of issues, including the economics related to the development of pharmaceuticals, alleged custom and practice in the licensing industry, and whether the disclosures of certain patent applications licensed to Celgene pursuant to the 2002 Agreement provided adequate written description under 35 U.S.C. § 112, for claims to pomalidomide and lenolidomide. Although Plaintiffs are currently preparing replies to Celgene's expert reports, they also anticipate moving to strike the opinions proffered therein on the grounds that they are irrelevant to interpretation of the language of the contract at issue and, more specifically, whether Celgene breached its obligations under the contract.

Plaintiffs therefore respectfully request that the Court hold a status conference to discuss a schedule for summary judgment, pretrial filings, a final pretrial conference, and trial.

### B. Celgene's Position

With respect to the Court's Scheduling Order (Dkt. 70), Celgene agrees that a decision by the Supreme Court in *Kimble v. Marvel Enters.* is anticipated within the month. Because Celgene has raised the defense of patent misuse in this case, Celgene continues to believe that it may be necessary for Celgene to submit an additional expert report should the Supreme Court's decision affect that longstanding doctrine. Celgene would, therefore, suggest that a scheduling conference be set on or after July 1, 2015 so that the Court and the parties may have the benefit of the Supreme Court's decision in evaluating the remaining schedule in the case.

With respect to the three expert reports served by Celgene on May 29, 2015, each of those expert reports bears directly on both the proper interpretation of the Agreement at issue in this case and Celgene's patent misuse defense. Celgene will, therefore, oppose any *Daubert* motions and/or motions to strike the opinions of its experts to be brought by Plaintiffs. As set forth above, Celgene does not object to the Court setting a scheduling conference to address the briefing of such motions, but proposes that the scheduling conference be set on or after July 1, 2015.

## II. USE OF ALTERNATIVE DISPUTE RESOLUTION

The parties agreed to participate in mediation with David Geronemus, Esq. of JAMS and obtained several dates in July when Mr. Geronemous would be available to mediate the case. Plaintiff CR Rev indicated, however, that their lead counsel was unavailable in July, will remain unavailable for mediation through at least July and August, and cannot offer any alternative dates when lead counsel will be available for mediation at this time.

Plaintiff CR Rev has informed Defendant that it would be willing to pursue settlement discussions prior to mediation. Celgene is considering Plaintiff CR Rev's request.

Respectfully submitted,

CHILDREN'S MEDICAL CENTER
CORPORATION
By its attorneys,

*/s/ Lisa Pirozzolo*
Lisa J. Pirozzolo (BBO # 561922)
Lisa.Pirozzolo@wilmerhale.com
Kate Saxton (BBO # 655903)
Kate.Saxton@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

CR REV HOLDINGS LLC
By its attorneys,

/s/ Scott Cole
James Myers
Ropes & Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Tel: (617) 235-4811
Fax: (617) 235-0587
arwyn.carroll@ropesgray.com

Mike McKool, Jr. (*admitted pro hac vice*)
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4002
Facsimile: (214) 978-4044
mmckool@mckoolsmith.com

Scott Cole (*admitted pro hac vice*)
Yusuf A. Rangwala (*admitted pro hac vice*)
J.R. Johnson (*admitted pro hac vice*)
McKool Smith, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
scole@mckoolsmith.com
yrangwala@mckoolsmith.com
jjohnson@mckoolsmith.com

CELGENE CORPORATION
By its attorneys,

/s/ Eric Marandett
Eric J. Marandett (BBO #561730)
emarandett@choate.com
Margaret E. Ives (BBO #668906)
mives@choate.com
David F. Cavell (BBO #688722)
dcavell@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000

June 8, 2015

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on June 8, 2015.

                                          /s/ Margaret E. Ives
                                          Margaret E. Ives (BBO # 668906)