UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN'S MEDICAL CENTER CORPORATION and CR REV HOLDINGS LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CELGENE CORPORATION,<br><br>    Defendant. | C.A. No. 13-CV-11573-MLW |

## JOINT REPORT CONCERNING CASE STATUS

Plaintiffs Children's Medical Center Corporation and CR Rev Holdings LLC, and Defendant Celgene Corporation hereby submit this joint report pursuant to the Court's December 21, 2016 Order.

With respect to the status of settlement negotiations, the parties have reached an agreement in principle that would fully resolve this case and are currently working to finalize a written agreement.  As a consequence, the parties do not believe there is a need for the Court to participate in settlement discussions at this time.

There is no agreement on consent to trial before the Magistrate Judge.

- 2 -

Respectfully submitted,

| **CELGENE CORPORATION,** | **CHILDREN'S MEDICAL CENTER CORPORATION** |
|---|---|
| By its attorneys, | By its attorneys, |

*/s/* Margaret E. Ives  
Eric J. Marandett (BBO #561730)  
emarandett@choate.com  
Margaret E. Ives (BBO #668906)  
mives@choate.com  
Anita M. C. Spieth (BBO #676302)  
aspieth@choate.com  
Sophie F. Wang (BBO #679642)  
swang@choate.com  
CHOATE, HALL & STEWART LLP  
Two International Place  
Boston, MA 02110  
Tel. (617) 248-5000  
Fax (617) 248-4000  

*/s/*  Lisa J. Pirozzolo  
Lisa J. Pirozzolo (BBO # 561922)  
lisa.Pirozzolo@wilmerhale.com  
Felicia H. Ellsworth (BBO # 665232)  
felicia.ellsworth@wilmerhale.com  
Chaloea Williams (BBO# 691154)  
chaloea.williams@wilmerhale.com  
WILMER CUTLER PICKERING HALE AND DORR LLP  
60 State Street  
Boston, Massachusetts 02109  
Tel. (617) 526-6000  
Fax (617) 526-5000  

**CR REV HOLDINGS LLC**  
By its attorneys,

*/s/* Scott Cole  
Mike McKool, Jr.  
mmckool@mckoolsmith.com  
MCKOOL SMITH, P.C.  
300 Crescent Court  
Suite 1500  
Dallas, TX 75201  
Tel. (214) 978-4002  
Fax (214) 978-4044  

Scott Cole  
scole@mckoolsmith.com  
Yusuf A. Rangwala  
yrangwala@mckoolsmith.com  
J.R. Johnson  
jjohnson@mckoolsmith.com  
MCKOOL SMITH, P.C.  
300 W. 6th Street  
Suite 1700  
Austin, TX 78701  
Tel. (512) 692-8700  
Fax (512) 692-8744  

DATE: JANUARY 13, 2017

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on January 13, 2017.

      /s/ Lisa J. Pirozzolo
      (BBO # 561922))