UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN'S MEDICAL CENTER CORPORATION and CR REV HOLDINGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CELGENE CORPORATION,<br><br>Defendant. | C.A. No. 13-CV-11573-MLW |

## JOINT REPORT CONCERNING CASE STATUS

Plaintiffs Children's Medical Center Corporation and CR Rev Holdings LLC, and Defendant Celgene Corporation hereby submit this joint report pursuant to the Court's December 21, 2016 Order.

With respect to the status of settlement negotiations, the parties have reached an agreement in principle that would fully resolve this case and are currently working to finalize a written agreement. As a consequence, the parties do not believe there is a need for the Court to participate in settlement discussions at this time.

There is no agreement on consent to trial before the Magistrate Judge.

*The parties shall, by February 2, 2017, file a stipulation of dismissal or, if necessary, request a brief extension of time to do so.*

*Wolf, D.J.*
*Jan. 19, 2017*

The parties shall by February 20, 2017, file a joint status report on the progress of negotiations or need a further period of time to do so.

D.A. Wolf
Jan. 19, 2017