IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN'S MEDICAL CENTER CORPORATION AND CR REV HOLDINGS<br><br>Plaintiffs,<br>v.<br><br>CELGENE CORPORATION<br><br>Defendant. | Case No. 1:13-CV-11573-MLW<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFFS CHILDREN'S MEDICAL CENTER CORPORATION AND CR REV HOLDINGS AND DEFENDANT CELGENE CORPORATION**

Plaintiffs Children's Medical Center Corporation ("Children's") and CR Rev Holdings ("CR Rev"), and Defendant Celgene Corporation ("Celgene"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate and agree that all claims, defenses, motions and petitions asserted by CMCC and/or CR Rev against Celgene and all claims, defenses, motions and petitions asserted by Celgene against CMCC and/or CR Rev are dismissed with prejudice, with each party to bear its own costs, attorneys' fees and expenses with respect to the matters dismissed hereby.

Dated:  February 14, 2017

<table>
<tr><td>

**CELGENE CORPORATION,**
By its attorneys,

*/s/* Eric J. Marandett
Eric J. Marandett (BBO #561730)
emarandett@choate.com
Margaret E. Ives (BBO #668906)
mives@choate.com
Anita M. C. Spieth (BBO #676302)
aspieth@choate.com
Sophie F. Wang (BBO #679642)
swang@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel. (617) 248-5000
Fax (617) 248-4000

</td><td>

**CHILDREN'S MEDICAL CENTER CORPORATION**
By its attorneys,

*/s/* Lisa J. Pirozzolo
Lisa J. Pirozzolo (BBO # 561922)
lisa.Pirozzolo@wilmerhale.com
Felicia H. Ellsworth (BBO # 665232)
felicia.ellsworth@wilmerhale.com
Chaloea Williams (BBO# 691154)
chaloea.williams@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax (617) 526-5000


**CR REV HOLDINGS LLC**
By its attorneys,

*/s/* Mike McKool, Jr.
Mike McKool, Jr.
mmckool@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
Tel. (214) 978-4002
Fax (214) 978-4044

Scott Cole
scole@mckoolsmith.com
Yusuf A. Rangwala
yrangwala@mckoolsmith.com
J.R. Johnson
jjohnson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street
Suite 1700
Austin, TX 78701
Tel. (512) 692-8700
Fax (512) 692-8744

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

      I, Lisa J. Pirozzolo, hereby certify that this notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this February 14, 2017.

                                                                */s/* Lisa J. Pirozzolo
                                                                (BBO # 561922)